**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7183**

---

ANTONIO WILLIAMS,

Plaintiff - Appellant,

versus

THERESA BLANTON, Nurse,

Defendant - Appellee,

and

JUAN VAUGHN, Sheriff at Herford County
Sheriff's Department/Detention Center,

Defendant.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:05-ct-00605-H)

---

Submitted:  December 13, 2007        Decided:  December 20, 2007

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Antonio Williams, Appellant Pro Se.  Walter Gregory Merritt, Jay C.
Salsman, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Blanton</u>, No. 5:05-ct-00605-H (E.D.N.C. July 24, 2007). We deny Williams' motion to add evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>